UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
JAMES S. ANDRADE, JR.,            )
        Plaintiff,                )
                                  )  CIVIL ACTION NO.
     v.                           )  22-11899-FDS
                                  )
MASSACHUSETTS DEPARTMENT OF       )
CORRECTION,                       )
        Defendant.                )
```

**FINAL JUDGMENT**

SAYLOR, C.J.

In accordance with this Court's Memorandum and Order (ECF # 37) issued on January 13, 2025, granting the Defendant's Motion for Summary Judgment, it is hereby ORDERED:

Judgment for the Defendant against the Plaintiff.

BY THE COURT,

*/s/ Barbara I. Beatty*

DATED: January 17, 2025          Deputy Clerk